E-Filing
CHAMBERS COPY

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

DAVID R. CALLAWAY (CASBN 121782)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5596
Facsimile: (408) 535-5066
E-Mail: david.callaway@usdoj.gov

Attorneys for Plaintiff

Filed
MAR 16 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL DINO LUCERO PALMA,

Defendant.

No. CR 99-00129 PVT

GOVERNMENT'S REQUEST TO DISMISS COMPLAINT AND RECALL BENCH WARRANT; ORDER [~~PROPOSED~~]

COMES NOW THE UNITED STATES OF AMERICA appearing through the undersigned Assistant United States Attorney and moves this Honorable Court for an order dismissing the above-captioned Complaint and recalling the arrest warrant. The facts supporting this request are as follows:

Defendant Palma was charged by Complaint on May 3, 1999, charging him with Unlawful Flight to Avoid Prosecution, in violation of 18 U.S.C. § 1073. Palma was wanted for attempted murder, based on an arrest warrant from the Santa Clara Country Superior Court. He failed to appear after having been charged, and reportedly fled to the Philippines. Subsequently, Palma's family attempted to mislead the Superior Court by submitting a fraudulent death certificate stating that the defendant had drowned.



After the federal complaint was issued, the Federal Bureau of Investigation was able to determine where Palma was living in the Philippines. For various reasons, however, the Santa Clara Country District Attorney has decided not to seek a Provisional Arrest Warrant for his extradition to the United States. Accordingly, there is no longer any need for federal assistance in this matter.

Accordingly, the government respectfully requests that the above-captioned Complaint be dismissed and the arrest warrant recalled.

DATED: March 15, 2010

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/S/

DAVID R. CALLAWAY
Assistant United States Attorney

## ORDER

Upon application of the United States, and good cause having been shown therefor,

**IT IS HEREBY ORDERED** that the above-captioned Complaint is DISMISSED, and the arrest warrant issued thereon RECALLED.

PATRICIA V. TRUMBULL
United States Magistrate Judge
3/15/2010